Michael D. Rounds, Esq.
State Bar No. 4734
Matthew D. Francis, Esq.
State Bar No. 6978
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
(775) 324-4100

Attorneys for Plaintiff
Tahoe eCommerce, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TAHOE ECOMMERCE, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> HUSSAIN RANA, an individual, dba MEATPROCESSINGTOOLS.COM, <br><br> Defendant. | Case No. 3:11-CV-00725-ECR-WGC <br><br> ~~(PROPOSED)~~ **ORDER GRANTING SERVICE BY PULICATION OF HUSSAIN RANA DBA MEATPROCESSINGTOOLS.COM AND TO EXTEND TIME RELATING THERETO** |

Plaintiff Tahoe eCommerce, LLC has sought the Order of this Court allowing service by publication as against Defendant Hussain Rana dba Meatprocessingtools.com ("Defendant") for up to four weeks following the issuance thereof.

This Court has reviewed all pleadings and papers on file herein and is fully informed concerning all relevant facts and issues.

IT IS THEREFORE ORDERED AS FOLLOWS:

Service of process as against Defendant may be made by publication by publishing such Summons in the Reno Gazette-Journal and The Dallas News for a period of four weeks and said publication to occur at least once a week during said time. In addition to service by publication,

1

a copy of the summons and complaint shall be mailed to Defendant's last known place of residence.

The deadline for service of process as against Mr. Rana is hereby extended for a period of six weeks following the issuance of this Order to allow service by publication.

IT IS SO ORDERED:

_Edward C. Reed_
United States ~~Magistrate~~ District Judge

Dated: _February 1, 2012_