# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAHOE ECOMMERCE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HUSSAIN RANA, <br><br> Defendant. | Case No.: 3:11-CV-00725-RCJ-WGC <br><br><br> **MINUTE ORDER** <br> **OCTOBER 28, 2014** |

**MINUTE ORDER IN CHAMBERS**

On August 28, 2014, a Settlement Conference was held before Magistrate Judge Robert A. McQuaid. The parties advised the Court that they reached a settlement of the action. The terms of the agreement were stated on the record. A stipulation of dismissal with prejudice was due no later than the close of business Monday, September 29, 2014.

IT IS HEREBY ORDERED that (#53) Motion for Telephonic Appearance and (#55) Motion for Extension of Time to Respond to Tahoe ECommerce's Motion for Telephonic Appearance are DENIED as MOOT.

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Monday, November 3, 2014, in Reno Courtroom 6, before Judge Robert C. Jones.

IT IS SO ORDERED this 28th day of October, 2014.

_____
ROBERT C. JONES
District Judge